UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARL ALONZO BROOKS,

Petitioner,

v.

JEFFREY UTTECHT,

Respondent.

Case No. 2:21-cv-793-RSM-BAT

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the Objections of the Petitioner, and the remaining record, the Court finds and ORDERS:

(1) The Court finds no legal error in and ADOPTS the Report and Recommendation, Dkt #10.

(2) The case is dismissed with prejudice and issuance of a certificate of appealability is denied.

(3) The Clerk is directed to send copies of this Order to the Petitioner.

DATED this 23rd day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1